AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of Ohio

| | |
|---|---|
| Jones et. al.<br>Plaintiff (s),<br>V.<br>Fleischauer et. al.<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:20-CV-00104-WHR |

Notice is hereby given that, subject to approval by the court, __Ohio Department of Medicaid__ substitutes
(Party (s) Name)

__Dennis Yacobozzi, II, Esq__, State Bar No. __0076339__ as counsel of record in
(Name of New Attorney)

place of __Joseph McCandlish, Esq.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Yacobozzi Drakatos LLC
Address: 1243 South High Street
Telephone: (614) 443-2800   Facsimile (614) 443-2801
E-Mail (Optional): dyacobozzi@ydlegal.com

I consent to the above substitution.
Date: 9/16/2021

_ODM  my authority_
(Signature of Party (s))

I consent to being substituted.
Date: 9-16-2021

_[signature] 0073275_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/16/2021

_Dennis Yacobozzi (0076339)_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9-28-21

_[signature]_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]