IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| AMANDA JONES, et al. | : | CASE NO. 3:20cv104 |
| Plaintiffs, | : | |
| | | JUDGE WALTER H. RICE |
| v. | : | |
| MARK EUGENE FLEISCHAUER, et al. | : | |
| Defendants. | : | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington, ADR Coordinator, for purposes of conducting a mediation.

Dated: October 21, 2021

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT